# FURMAN KORNFELD & BRENNAN LLP

545 Fifth Avenue, Suite 401, New York, NY 10017
Tel: 212-867-4100 Fax: 212-867-4118
www.fkbllp.com





July 16, 2008

**VIA FEDERAL EXPRESS**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

    Re:        Marilyn Bloch v. Koerner & Associates, et al.
    Docket No.:    08- CV-5279
    KBR File No.:    301.045

Dear Judge Hellerstein:

    My firm represents Defendants Koerner & Associates LLC and Gregory O. Koerner ("Defendants") in the above-referenced matter.

    Plaintiff, Marilyn Bloch ("Plaintiff"), filed a Summons and Complaint with the Court on or about June 10, 2008. A copy of the Complaint was served on Defendants on or about June 30, 2008. Accordingly, Defendants are to respond to the Complaint on or before July 20, 2008. However, as the matter has recently been assigned to my firm, we have been unable to schedule a meeting with our client to discuss the instant action and/or to review the underlying file contents. Accordingly, we respectfully request a thirty (30) day adjournment of Defendants' time to respond to the Complaint.

    It should be noted that while we have attempted to contact the Plaintiff who is proceeding with the matter *pro se*, we have been unable to obtain a consent for an adjournment. No previous requests by my firm have been made.

Bloch v. Koerner & Associates
Docket No.: 08-CV-5279
FKB File No.: 301.045
Page | 2

    We wish thank the Court for the time and attention to this request and stand ready to answer any questions Your Honor may have in respect of this request.

Respectfully submitted,

FURMAN KORNFELD & BRENNAN LLP

A. Michael Furman

cc:    Marilyn Bloch
       Plaintiff, *Pro Se*
       14545 J. Military Trl Box 231
       Delray Beach, Florida 33484
       *Via First-Class Mail*

**SO-ORDERED**